**Appeal Dismissed and Memorandum Opinion filed September 24, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-20-00361-CV

**HANNAH REYES, Appellant**

**V.**

**RICHARD REYES, Appellee**

**On Appeal from the 98th District Court
Travis County, Texas
Trial Court Cause No. D-1-FM-15-007261**

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 14, 2020. The clerk's record was filed June 1, 2020. No reporter's record was filed. No brief was filed.

On July 30, 2020, this court issued an order stating that unless appellant filed a brief on or before August 31, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Bourliot.